**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CURTIS ANTHONY WILEY ) | Case No. 16−32156−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO WAIVE REQUIREMENT TO COMPLETE FINANCIAL
MANAGEMENT COURSE AND CERTIFICATION PURSUANT TO 11 U.S.C. § 1328**

COME NOW, the Debtor, by counsel, and as and for his Motion to Waive Requirement to Complete Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on April 28, 2016.

2. The Debtor is incapacitated due to mental and physical health issues (dementia), and is no longer of sound mind. On March 17, 2021, Monica Reid-Tatum, the Debtor's daughter and is his next of kin, provided the Chapter 13 Trustee with documentation confirming the Debtor's incapacity.

3. The Debtor has been relocated to a nursing home where he currently resides. His daughter has provided documentation to prove residency, which was also provided to the Trustee on March 17, 2021.

4. The Debtor has completed his Chapter 13 Plan payments and on or about March 19, 2021, the Chapter 13 Trustee filed a Certification that the Debtor completed his plan

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

payments pursuant to the confirmed plan in this case and is entitled to receive a discharge pursuant to 11 U.S.C. § 1328(a).

5. Due to the Debtor's total and perpetual incapacity as set forth above, he is unable to complete the instructional course in financial management required by 11 U.S.C. § 1328(g).

6. Pursuant to 11 U.S.C. § 1328(g)(2), the requirement to complete the instructional course does not apply to a debtor who is incapacitated pursuant to 11 U.S.C. § 109(h)(4).

7. 11 U.S.C. § 109(h)(4) defines "incapacity" as "being impaired by reason of mental illness or mental deficiency so that he is incapable of realizing and making rational decisions with respect to his financial responsibilities".

WHEREFORE, the Debtor, by counsel, respectfully requests that the Court enter an Order waiving the requirement to complete the instructional course in financial management required by 11 U.S.C. § 1328(g), from having to file the Certification of Compliance required by 11 U.S.C. § 1328, granting a discharge under 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

                CURTIS ANTHONY WILEY

                By: /s/ James E. Kane
                      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to the parties on the attached matrix.

                                                /s/ James E. Kane
                                                James E. Kane

Case 16-32156-KRH    Doc 30    Filed 03/24/21    Entered 03/24/21 11:59:32    Desc Main
Document    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CURTIS ANTHONY WILEY ) | Case No. 16−32156−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND OF HEARING**

The above Debtor has filed a Motion to Waive the Requirements of 11 U.S.C. § 1328 and for Entry of an Order of Discharge in the above matter.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within twenty-one (21) days from the date of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **May 5, 2021 at 12:00 p.m. at 701 E. Broad Street, Room 5000, Richmond, VA 23219**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

4

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 24, 2021                                    CURTIS ANTHONY WILEY

                                                             By: /s/ James E. Kane
                                                                           Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

                                                                     /s/ James E. Kane
                                                                         James E. Kane

```
Label Matrix for local noticing           UST smg Richmond                                    United States Bankruptcy Court
0422-3                                    Office of the U. S. Trustee                         701 East Broad Street
Case 16-32156-KRH                         701 East Broad St., Suite 4304                      Richmond, VA 23219-1888
Eastern District of Virginia              Richmond, VA 23219-1849
Richmond
Tue Mar 23 16:36:10 EDT 2021

Cawthorn, Deskevich & Gavin               (p)INTERNAL REVENUE SERVICE                         (p)FOCUSED RECOVERY SOLUTIONS
9701 Metropolitan Court                   CENTRALIZED INSOLVENCY OPERATIONS                   9701 METROPOLITAN COURT
Suite C                                   PO BOX 7346                                         STE B
Richmond, VA 23236-3694                   PHILADELPHIA PA 19101-7346                          RICHMOND VA 23236-3690

HCA Health Services                       Henrico Doctors Hospital                            Internal Revenue Service
One Park Plaza                            Resurgent Capital Services                          PO Box 7346
Nashville, TN 37203-6527                  PO Box 1927                                         Philadelphia, PA 19101-7346
                                          Greenville, SC 29602-1927

Transworld Sys Inc/38                     Virginia Emergency Physicians                       Virginia Dept. of Taxation
507 Prudential Rd                         5801 Bremo Road                                     Post Office Box 2156
Horsham, PA 19044-2308                    Richmond, VA 23226-1907                             Richmond, VA 23218-2156

Curtis Anthony Wiley                      James E. Kane                                       Suzanne E. Wade
3005 Dunwick Road                         Kane & Papa, PC                                     341 Dial 877-996-8484 Code 2385911
Richmond, VA 23230-1915                   1313 East Cary Street                               7202 Glen Forest Drive, Ste. 202
                                          P.O. Box 508                                        Richmond, VA 23226-3770
                                          Richmond, VA 23218-0508
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury                    Focused Recovery Solutions                          End of Label Matrix
PO Box 249                                9701 Metropolitan Ct.                               Mailable recipients    14
Internal Revenue Service                  Suite B                                             Bypassed recipients     0
Memphis, TN 38101-0249                    Richmond, VA 23236-0000                             Total                  14
```